IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SERGIO SOSA,<br><br>    Defendant. | ORDER<br><br>Case No. 2:20-CR-0073 DS<br><br>Judge David Sam |

    The court hereby orders that Document 168 and its attachments be unsealed.

SO ORDERED this 7th day of December, 2023.

                                                              BY THE COURT:

                                                              *David Sam*

                                                              DAVID SAM<br>
                                                              Senior Judge, United States District Court